HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLA S. BESENTY, ) | Civil No. 06-03159 SI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, September 29, 2006 in which to e-file her Reply to Defendant's Motion to Dismiss Plaintiff's Complaint. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney


Dated: September 13, 2006           /s/ _____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: September 13, 2006           /s/ _____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    MARLA S. BESENTY


IT IS SO ORDERED.

                                    _____
Dated:                              HON. SUSAN ILLSTON
                                    United States District Judge
```

STIPULATION AND ORDER