1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 MARLA S. BESENTY,           )
                               )
13         Plaintiff,          )  CIVIL NO.  06-03159 SI
                               )
14     v.                      )  STIPULATION AND ORDER
                               )  DISMISSING COMPLAINT
15 JO ANNE B. BARNHART,        )
   Commissioner of Social Security, )
16                             )
           Defendant.          )
17 _____)

18
         IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

1 | Court, that the above-captioned case is dismissed.

Dated: October 5, 2006

HARVEY P. SACKETT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: October 5, 2006        By: _____
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:

SUSAN ILLSTON
United States District Judge